# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ARICK MARQUETTE JOHNSON**  **PETITIONER**
**ADC #185962**

v.  Case No. 4:25-cv-00380-KGB

**DEXTER PAYNE**  **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 26). Petitioner Arick Marquett Johnson has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*). Johnson's petition for writ of *habeas corpus* is denied and dismissed without prejudice (Dkt. No. 2). Johnson's motion for summary judgment and motion for relief are denied as moot (Dkt. Nos. 24; 25). Judgment will be entered accordingly. The Court declines to issue a certificate of appealability. Johnson may still apply to the Eighth Circuit Court of Appeals for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B).

It is so ordered this the 10th day of November, 2025.

_____
Kristine G. Baker
Chief United States District Judge